# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-23679-CIV-ALTONAGA/DAMIAN

**SOLOMON BTESH**,

    Petitioner,

v.

**ISAAC BTESH**,

    Respondent.

_____/

**[PROPOSED] ORDER GRANTING RESPONDENT'S AGREED MOTION
TO SET DEADLINES AND BRIEFING SCHEDULE**

**THIS CAUSE** came before the Court on Respondent, Isaac Btesh's Motion to Set Deadlines and Briefing Schedule [ECF No. __]. The Court has reviewed the Motion and has been informed that Petitioner does not oppose the requested briefing schedule. Accordingly, it is

**ORDERED** that Respondent's Motion to Set Deadlines and Briefing Schedule [ECF No. __] is **GRANTED**. The Court enters the following briefing schedule:

| Brief | Deadline |
| --- | --- |
| Respondent's Motion to Dismiss | November 15, 2023 |
| Petitioner's Response to the Motion to Dismiss | December 11, 2023 |
| Respondent's Reply in Support of Motion to Dismiss | December 22, 2023 |

**DONE AND ORDERED** in Miami, Florida, this ___ day of October, 2023.

 

_____
**CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record

1