UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-23679-CIV-ALTONAGA/Damian

**SOLOMON BTESH**,

    Petitioner,

v.

**ISAAC BTESH**,

    Respondent.

_____/

### ORDER

**THIS CAUSE** came before the Court on Respondent, Isaac Btesh's Motion to Set Deadlines and Briefing Schedule [ECF No. 14]. Respondent proposes a briefing schedule for resolution of the Petition to Confirm and Enforce Arbitral Award [ECF No. 1]. Respondent advises he intends to raise several grounds for dismissal under Federal Rule of Civil Procedure 12(b), and, if those are rejected, "intends to respond to the substantive aspects of the [P]etition and separately move to vacate the award." (Mot. 3 (alteration added)). He thus asks the Court to set a briefing schedule on the motion to dismiss and, if it is denied, set an additional schedule for briefing the merits of the Petition and motion to vacate, which will likely address "complex issues of international arbitration law." (*Id.* 4). Petitioner does not oppose the relief sought in the Motion. (*See id.* 5). Being fully advised, it is

**ORDERED** that Respondent's Motion to Set Deadlines and Briefing Schedule **[ECF No. 14]** is **GRANTED in part**. Respondent shall file its motion to dismiss by **November 15, 2023**. The motion to dismiss shall be briefed in accordance with the deadlines contained in the Local

Rules.[1]  Respondent's motion to dismiss shall not raise arguments opposing confirmation of the Petition on the merits.  If the Court denies Respondent's motion to dismiss, the Court will set additional briefing deadlines for Respondent's substantive opposition to the Petition to Confirm and Enforce [ECF No. 1] and any motion to vacate, modify, or correct the arbitral award.

**DONE AND ORDERED** in Miami, Florida, this 27th day of October, 2023.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:   counsel of record

---

[1] Respondent does not explain why additional time is needed for Petitioner to respond to the motion to dismiss.  (*See generally* Mot.).  Since Respondent has already advised Petitioner of the defenses it intends to raise in the motion (*see id.* 3), Petitioner should be well-prepared to respond within the time afforded by the Local Rules.