UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-23679-CIV-ALTONAGA/Damian

**SOLOMON BTESH**,

     Petitioner,

v.

**ISAAC BTESH**,

     Respondent.

_____/

## ORDER SETTING CASE SCHEDULE

**THIS CAUSE** comes before the Court on the parties' Joint Scheduling Report [ECF No. 24], filed November 13, 2023.  The Court finds that no trial or pretrial conference is necessary in this matter.

The parties shall adhere to the following schedule:

A.     The parties shall continue to follow the Court's existing scheduling order, which orders the Respondent to file his Motion to Dismiss (which shall not raise arguments opposing confirmation of the Petition on the merits) by November 15, 2023.  *See* ECF No. 15.

B.     The case is assigned to the expedited case track.

C.     All motions to amend pleadings or join parties shall be filed by December 6, 2023.

D.     The parties will abide by the following discovery rules in addition to those in the Federal Rules of Civil Procedures and the Local Rules for the District Court for the Southern District of Florida.

**Discovery**.  The parties may stipulate to extend the time to answer interrogatories, produce documents, and answer requests for admissions.  The parties shall not file with the Court notices

CASE NO. 23-23679-CIV-ALTONAGA/Damian

or motions memorializing any such stipulation unless the stipulation interferes with the deadlines set forth above.  Stipulations that would so interfere may be made only with the Court's approval. *See* Fed. R. Civ. P. 29.  In addition to the documents enumerated in Local Rule 26.1(b), the parties shall not file notices of deposition with the Court. Strict compliance with the Local Rules is expected, particularly with regard to motion practice.  *See* S.D. Fla. L.R. 7.1.

**Discovery Disputes**. The parties shall comply with the discovery procedures provided in the document titled, "Discovery Procedures for Magistrate Judge Melissa Damian," available on the Court's website. No written discovery motions, including motions to compel, for protective order, or related motions for sanctions shall be filed.  Counsel must actually confer and engage in reasonable compromise in a genuine effort to resolve their discovery disputes before seeking the Court's intervention.  The Court may impose sanctions, monetary or otherwise, if it determines discovery is being improperly sought or is being withheld in bad faith.  If, after conferring, the parties are unable to resolve their discovery dispute without Court intervention, the moving party must seek relief within fifteen (15) days of the occurrence of the grounds for relief by filing a discovery memorandum, seeking, for example, to compel or for protective order.  After filing a discovery memorandum, the moving party may request a discovery hearing by sending an email to Damian@flsd.uscourts.gov with the subject line: "Request for Discovery Hearing on [Case Number]."  Specific requirements for that email are outlined in the "Discovery Procedures for Magistrate Judge Melissa Damian" document available on the Court's website.

**DONE AND ORDERED** in Miami, Florida, this ___ day of November, 2023.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record

2