UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-23679-CIV-ALTONAGA/Damian

**SOLOMON BTESH**,

    Petitioner,

v.

**ISAAC BTESH**,

    Respondent.

_____/

## ORDER

**THIS CAUSE** came before the Court on Respondent, Isaac Btesh's Motion to Dismiss [ECF No. 25], filed on November 15, 2023.  Respondent raises lack of personal jurisdiction and insufficient service of process as grounds for dismissal.  (*See generally id.*).  To better manage the orderly progress of the case, it is

**ORDERED** that Petitioner, Solomon Btesh shall file an expedited response to the Motion to Dismiss **[ECF No. 25]** that addresses only Respondent's arguments regarding insufficient service of process by **November 21, 2023 at noon**.  Respondent shall file a reply by **November 24, 2023**.  Briefing on the personal jurisdiction arguments raised in the Motion to Dismiss is **STAYED** pending resolution of whether service was proper.  Should the Court find service was sufficient, it will allow jurisdictional discovery to proceed for a period of 60 days thereafter and dismiss the Motion without prejudice to its refiling once the jurisdictional discovery is completed.

**DONE AND ORDERED** in Miami, Florida, this 16th day of November, 2023.

*[signature: Cecilia M. Altonaga]*

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record